IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIGFOOT 4x4, INC., | ) |
|         Plaintiff, | ) Case No. 22-cv-4976 |
| | ) |
| | ) Judge Rebecca R. Pallmeyer |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
|         Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BIGFOOT 4x4, INC. hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 41 | Beauty Mall |
| 42 | Electronicstore |
| 43 | Free Choice |
| 45 | Light UR Life |
| 46 | Techonline |
| 48 | Wonderful buy |
| 49 | World Deal |
| 56 | dengzhoushimingshunshangmaoyouxiangongsi |
| 81 | LvLiangShiLiShiQuBaiLiPingZongHeJingXiaoBu |
| 109 | Ali RC Store |
| 183 | Fancy style |
| 184 | GearUP Store |
| 186 | LesoGood Shop |
| 199 | Superior Central |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

|  |  |  |
|---|---|---|
|  | Respectfully submitted, |  |
| Dated: November 15, 2022 | By: | s/Michael A. Hierl |

                Michael A. Hierl (Bar No. 3128021)
                William B. Kalbac (Bar No. 6301771)
                Robert P. McMurray (Bar No. 6324332)
                Hughes Socol Piers Resnick & Dym, Ltd.
                Three First National Plaza
                70 W. Madison Street, Suite 4000
                Chicago, Illinois 60602
                (312) 580-0100 Telephone
                mhierl@hsplegal.com

                Attorneys for Plaintiff
                BIGFOOT 4x4, INC.

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 15, 2022.

                                                                                                                                         s/Michael A. Hierl